UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELA GAIL JOHNSON,<br><br>Defendant. | CASE NO. CR04-301P<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on November 23, 2005. The United States was represented by Peter Mueller. The defendant was represented by Tim Lohraff for Jim Vonasch. The proceedings were recorded on disk.

## CONVICTION AND SENTENCE

Defendant had been convicted of Conspiracy to Distribute Methamphetamine on or about July 8, 2005. The Hon. Marsha J. Pechman of this court sentenced Defendant to 41 days of confinement, followed by 3 years of supervised release.

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

//

//

PROPOSED FINDINGS
PAGE -1-

## DEFENDANT'S ADMISSION

USPO Christopher S. Luscher alleged that Defendant violated the conditions of supervised release in two respects:

(1) Failing to serve 139 days in a community corrections center and follow all rules and regulations of said program, on or about November 21, 2005, in violation of the special condition requiring her to reside in a CCC for 139 days.

(2) Failing to submit to urinalysis testing on October 14 and November 14, 2005, in violation of the special condition that she submit urinalysis testing as instructed by the probation officer.

At an initial hearing, I advised the defendant of these charges and of her/his constitutional rights. At today's hearing Defendant admitted the violations #1-2, waived any hearing as to whether it occurred, and consented to having the matter set for a disposition hearing before the Hon. Marsha J. Pechman

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of her/his supervised release as alleged; and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the court.

DATED this 30th day of November, 2005.

MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge         :  Hon. Marsha J. Pechman
    Assistant U.S. Attorney  :  Peter Mueller
    Defense Attorney         :  Jim Vonasch

PROPOSED FINDINGS
PAGE -2-

| | | | |
|---|---|---|---|
| 1 | U. S. Probation Officer | : | Christopher S. Luscher |

PROPOSED FINDINGS
PAGE -3-